UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PHOENIX NPL, LLC,

                            Plaintiff,

  -against-                                            1:15-CV-00080

CAPITAL HOTEL, INC.; CHIRAG KABRA WALA;
ASHOK DHABUWALA a/k/a ASHOK M.
DHABUWALA a/k/a ASHOK BHABUWALA;
BRANDON LEVIN a/k/a BRANDON LEVINE;
NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE; JOHN DOE AND
JANE DOE NO. 1 THROUGH NO. 10, the last ten
(10) names being fictitious and unknown to the
Plaintiff, the persons or parties intended being the
tenants, occupants, persons or parties, if any, having or
claiming an interest in or lien upon the premises
described in the verified complaint.

                            Defendants.
_____
THOMAS J. McAVOY,
Senior United States District Judge

## ORDER CONFIRMING REFEREE'S REPORT OF
## SALE AND ENTERING DEFICIENCY JUDGMENT

      Upon the Referee's Report of Sale in Foreclosure of Todd A. Ritschdorff, Esq., dated May 16, 2017 and filed in the United States District Court, Northern District of New York on May 18, 2017, the Affirmation of Mark A. Slama, Esq. dated June 16, 2017, the Declaration of Mark A. Slama, Esq. in further support of Plaintiff's motion to confirm the referee's report of sale and for deficiency judgment dated July 28, 2017, and all prior proceedings had heretofore in this action, it is hereby

      **ORDERED** that Plaintiff's motion to Confirm the Referee's Report of Sale and for a Deficiency Judgment [dkt. # 82] is **GRANTED**; and it is further

      **ORDERED, ADJUDGED AND DECREED,** that the Referee's Report of Sale in Foreclosure of Todd A. Ritschdorff, Esq., dated May 16, 2017, and filed in the United

States District Court, Northern District of New York on May 18, 2017 be and the same hereby is ratified, confirmed and made absolute and binding forever; and it is further

**ORDERED, ADJUDGED AND DECREED** that the fair and reasonable market value of the mortgaged property on or about the date the property was bid in at auction was $1,300,000.00; and it is further

**ORDERED, ADJUDGED AND DECREED,** that plaintiff PHOENIX NPL, LLC, whose address is c/o Capital Crossing Servicing Company, LLC, 99 High Street, 7th Floor, Boston MA 02110, does recover of defendants CAPITAL HOTEL, INC., having an address at 20 Airport Boulevard, Latham, New York 12110, CHIRAG KABRAWALA, having an address at 860 North Orange Ave., Apt. 238, Orlando, Florida 32801, ASHOK DHABUWALA a/k/a ASHOK M. DHABUWALA a/k/a ASHOK BHABUWALA, having an address at 34 Cleveland Avenue, Glenhead, New York 11545 and BRANDON LEVIN a/k/a BRANDON LEVINE, having an address at 725 Loch Raven Blvd., Baltimore, Maryland 21286, the sum of Four Million, One Hundred Forty Two Thousand, One Hundred Forty-Four and 67/100 ($4,142,144.67) Dollars, with interest thereon from the 22nd day of March 2017 in the sum of Ten Thousand, Five Hundred and Sixty-Eight and 17/100 ($ 10,568.17) Dollars, amounting in all to the sum of Four Million, One Hundred and Fifty-Two Thousand, Seven Hundred and Twelve and 84/100 ($4,152,712.84) Dollars, and that Plaintiff have execution therefor; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Clerk of this Court enter and docket this Judgment in favor of the Plaintiff, PHOENIX NPL, LLC and against the defendants, CAPITAL HOTEL, INC., CHIRAG KABRAWALA, ASHOK DHABUWALA a/k/a ASHOK M. DHABUWALA a/k/a ASHOK BHABUWALA, and BRANDON LEVIN a/k/a BRANDON LEVINE, as hereinbefore stated.

**IT IS SO ORDERED.**

Dated: August 3, 2017

_____
Thomas J. McAvoy
Senior, U.S. District Judge